AMERICAN FIDELITY & CASUALTY CO., INCORPORATED, et al., Respondents, v. NEW AMSTERDAM CASUALTY COMPANY, Appellant, et al., Defendants.

MONROE W. GULLBERG, as Administrator of the Estate of ELEANOR GULLBERG, Deceased, Respondent, v. NEW AMSTERDAM CASUALTY COMPANY, Appellant.

Submitted November 15, 1948; decided November 24, 1948.

Motion for reargument or to amend the remittitur and for a stay denied, with $10 costs and necessary printing disbursements. [See 298 N. Y. 693.]

In the Matter of the Will of STELLA M. ROTHCHILD, Deceased. LEWIS H. ROTHCHILD et al., Appellants; CENTRAL HANOVER BANK AND TRUST COMPANY, as Executor and Trustee under the Will of STELLA M. ROTHCHILD, Deceased, et al., Respondents.

Submitted November 15, 1948; decided November 24, 1948.

Motion for reargument denied, with $10 costs and necessary printing disbursements. [See 298 N. Y. 538.]

In the Matter of CARYL E. COHEN, Appellant, against HAROLD FIELDS et al., Constituting the Board of Examiners of the Board of Education of the City of New York, Respondents.

Submitted November 15, 1948; decided November 24, 1948.

Motion to amend remittitur denied, with $10 costs and necessary printing disbursements. [See 298 N. Y. 235.]